John Mulcahey, Respondent, v. Federal Sugar Refining Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr and Thomas, JJ., concurred; Woodward and Rich, JJ., dissented.

Thomas Murcott and Others, Composing the Firm of Murcott & Campbell, Respondents, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

Eva Napear, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas and Rich, JJ., concurred; Woodward, J., dissented.

John Paschke, Appellant, v. Long Island Railroad Company, Respondent.— Order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Lillie Paschke, Appellant, v. Long Island Railroad Company, Respondent.— Order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Harriet H. Phillips and George W. Murray, as Administrators, etc., of Anna E. Comer, Deceased, Respondents, v. Henry G. Wisner, as Executor, etc., of John H. Comer, Deceased, Appellant, Impleaded with Harriet H. Phillips, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Harriet H. Phillips and George W. Murray, as Administrators, etc., of Anna E. Comer, Deceased, Appellants, v. Henry G. Wisner, as Executor, etc., of John H. Comer, Deceased, Respondent.— Judgment modified so as to direct that sufficient funds be delivered to the plaintiffs to pay such legacies as remain unpaid, and also to meet expenses of administration and distribution, and as so modified affirmed, without costs to either party. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York, Respondent, v. Harry Berg, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

The People of the State of New York, Respondent, v. Joseph Farania, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Meyer Lipschitz, Appellant.— Judgment of conviction of the County Court of Kings county, and orders, affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. August Menklei, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.